## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:25-cv-07343-SSC                    Date: May 6, 2026

Title      Samantha Petherbridge v. Amazon.com Services LLC, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause re Failure to Defend**

On March 12, 2026, the Court granted in part and denied in part Defendant Amazon.com Services, LLC's motion to dismiss Plaintiff Samantha Petherbridge's second amended complaint (SAC).  (ECF 24.) The Court dismissed Plaintiff's disability, sex, and race/national origin harassment claims, *i.e.*, her first, fourth, and seventh causes of action, without prejudice and with leave to amend.  (*Id.* at 24.)  The Court ordered Plaintiff to file a third amended complaint (TAC), or a notice of intent to proceed on the SAC absent the harassment claims.  (*Id.*)  On April 14, 2026, Plaintiff filed a notice of intent to proceed on the SAC. (ECF 25.)  On April 21, 2026, the Court ordered Defendant to file its answer no later than April 29, 2026.  (ECF 26.)  The deadline has passed and the Court has not received an answer or any other communication from Defendant.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-07343-SSC                          Date: May 6, 2026

Title      Samantha Petherbridge v. Amazon.com Services LLC, et al.


Accordingly, Defendant is ORDERED TO SHOW CAUSE, in writing, no later than **May 13, 2026**, why the Court should not entertain a request for entry of default by Plaintiff.  The Court will consider as an appropriate response to this order to show cause the filing of an *ex parte* application or stipulation to submit a late-filed answer to the SAC, upon filing of which, this order to show cause will be discharged automatically.  If Defendant fails to respond timely to this order, Plaintiff may file a request for entry for default.


**IT IS SO ORDERED.**

                                                               :

                                        Initials of Preparer      **ts**